UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD CHALFIN,

                Plaintiff,

-v-

TAURUS TECHNOLOGIES ELECTRIC, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 25 Civ. 917 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 26, 2025, the Honorable Analisa Torres adopted the undersigned's March 5, 2025 Report and Recommendation recommending dismissal of this action for lack of subject matter jurisdiction. (See ECF No. 9). On March 28, 2025, pro se Plaintiff Howard Chalfin ("Mr. Chalfin") filed an Amended Complaint that seeks to address the original Complaint's deficiencies. (See ECF No. 11). Mr. Chalfin, however, has not served any Defendant with the Original or Amended Complaint. And because he paid the filing fee to initiate this action, Mr. Chalfin "is not entitled to rely on the U.S. Marshals Service to effect service[.]" Narayanan v. Garland, No. 22 Civ. 855 (JGK), 2022 WL 1086490, at *1 (S.D.N.Y. Apr. 8, 2022); see also Fed. R. Civ. P. 4(c)(3) (providing for service by the United States Marshals Service when a plaintiff is proceeding in forma pauperis under 28 U.S.C. § 1915).

Accordingly, the Clerk of Court is respectfully directed to issue summonses as to Defendants Taurus Technologies, Inc.; Stefan Magnusson; and Marta Magnusson. (See ECF No.

11 at 1).[1]  Mr. Chalfin is directed to serve the summons and Amended Complaint on each Defendant within 90 days of the issuance of the summonses.  If Mr. Chalfin does not serve Defendants within the 90-day period and has not requested an extension of time to do so, the Court may dismiss the claims against Defendants under Federal Rules of Civil Procedure 4 and 41.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Chalfin.

Dated:    New York, New York
          March 31, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

---

[1] The Amended Complaint alleges that Stefan and Marta Magnusson are residents of Mexico.  (See ECF No. 11 at 1).  If this is the case, Mr. Chalfin must abide by Federal Rule of Civil Procedure 4(f)—which addresses service of individuals in foreign countries—when serving them.