UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD CHALFIN,

           Plaintiff,

-v-

TAURUS TECHNOLOGIES ELECTRIC, INC., et al.,

           Defendants.

CIVIL ACTION NO.: 25 Civ. 917 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Howard Chalfin's ("Mr. Chalfin") letter and exhibits at ECF No. 17 confirming service of the summonses and Amended Complaint. The Court thanks Mr. Chalfin for this submission and will await Defendants' response to the Amended Complaint, which is due **Tuesday May 20, 2025**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Chalfin.

Dated:      New York, New York
              May 8, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**