UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD CHALFIN,

          Plaintiff,

-v-

TAURUS TECHNOLOGIES ELECTRIC, INC., et al.,

          Defendants.

CIVIL ACTION NO.: 25 Civ. 917 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' letter requesting leave to file a motion to dismiss in lieu of an Answer to the Amended Complaint (ECF No. 22). The Court grants Defendants' leave to file a motion to dismiss, and sets the following briefing schedule:

1. Defendants shall file their motion to dismiss by **Friday, June 27, 2025**;

2. Plaintiff shall file his opposition by **Friday, July 25, 2025**;

3. Defendants shall file any reply by **Friday August 1, 2025**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Chalfin.

Dated:    New York, New York
           May 29, 2025

                                          SO ORDERED.

                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**