UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD CHAFLIN,

            Plaintiff,

-v-

TAURUS TECHNOLOGIES ELECTRIC, INC., et al.,

            Defendants.

CIVIL ACTION NO.: 25 Civ. 917 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 29, 2025, the Court granted Defendants leave to file a motion to dismiss (the "Motion") and set a briefing schedule wherein Plaintiff was required to file his opposition to the Motion by July 25, 2025. (ECF No. 23). To date, Plaintiff has not filed his opposition. As a one-time courtesy, the Court sua sponte EXTENDS Plaintiff's deadline to oppose the Motion to **Monday, August 4, 2025.** Accordingly, Defendants' deadline to file any reply to the Motion is EXTENDED to **Monday, August 18, 2025.**

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Chaflin.

Dated:    New York, New York
           July 28, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**