UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD CHAFLIN,

                Plaintiff,

-v-

TAURUS TECHNOLOGIES ELECTRIC, INC., <u>et al.</u>,

                Defendants.

CIVIL ACTION NO.: 25 Civ. 917 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 17, 2025, Plaintiff filed a motion requesting leave to file an amended complaint (ECF No. 27 (the "Motion")). Pursuant to the undersigned's Individual Rule III.A., Defendants' opposition to the Motion was due on July 31, 2025. To date, Defendants have not filed an opposition. As a one-time courtesy, the Court <u>sua sponte</u> EXTENDS Defendants' deadline to oppose the Motion to **Monday, August 18, 2025.** Accordingly, Plaintiff's deadline to file any reply to the Motion is EXTENDED to **Monday, August 25, 2025.**

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Chaflin.

Dated:     New York, New York
           August 4, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge