UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD CHAFLIN,

                Plaintiff,

-v-                                 CIVIL ACTION NO.: 25 Civ. 917 (AT) (SLC)

TAURUS TECHNOLOGIES ELECTRIC, INC., et al.,     **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On July 17, 2025, Plaintiff filed a motion for leave to file an amended complaint (ECF No. 27 (the "MTA")). Defendants have not opposed the MTA even after the Court granted them a sua sponte extension of time to do so. (See ECF No. 33). Based on Defendants' failure to oppose the MTA, the Court GRANTS the MTA and designates the Second Amended Complaint (ECF No. 28 (the "SAC") as the operative complaint in this action.

Because the claims in the SAC differ from the claims in the First Amended Complaint (ECF No. 11 (the "FAC")), it appears that Plaintiff has taken the arguments in Defendants' Motion to Dismiss (ECF No. 24 ("the "MTD")) into account in attempt to remedy the defects in the FAC outlined in the MTD. Accordingly, the MTD is DENIED as moot. Defendants are ORDERED to answer or otherwise respond to the SAC by **Friday, September 12, 2025**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Chaflin and close ECF Nos. 24 and 27.

Dated:  New York, New York
        August 22, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2