UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD CHALFIN,

Plaintiff,

-v-

TAURUS TECHNOLOGIES ELECTRIC, INC., et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 917 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 4, 2026, the undersigned issued a Report & Recommendation (Dkt. No. 50, the "R&R"), recommending that the Second Amended Complaint (Dkt. No. 38, (the "SAC")), filed by Plaintiff Howard Chalfin ("Mr. Chalfin") be "dismissed without prejudice for lack of personal jurisdiction, or, in the alternative, that . . . all claims be dismissed except for the Quantum Meruit Claim and with leave to amend." (Dkt. No. 50 at 30). On September 1, 2026, the Honorable Analisa Torres adopted the R&R in full. (Dkt. No. 52 (the "Sept. 1 Order")). Pursuant to the Sept. 1 Order, should Mr. Chalfin wish to continue prosecuting this action, he is required to file a motion for leave to amend. (Id. at 3).

On September 30, 2026, Mr. Chalfin filed a "Third Amended Complaint[.]" (Dkt. No. 53, the "First TAC")). The next day, Mr. Chalfin filed:[1] (1) two notices of motions to amend (Dkt. Nos. 54; 56 (together, the "Motion")); (2) a "proposed Third Amended Complaint"

[1] Mr. Chalfin's filings are all signed September 29, 2026, and therefore timely under the Sept. 1 Order. (Dkt. Nos. 53 at 6; 54; 55 at 6; 56; 57 at 14–15; 58 at 8; see Dkt. No. 52 at 3).

(Dkt. No. 55, the "Second TAC"); (3) a memorandum of law in support of his Motion (Dkt. No. 57); and (4) a redline of the Second TAC (Dkt. No. 58).

The Court has reviewed the First TAC in comparison to the Second TAC and concludes that they are identical. (Compare Dkt. No. 53 with Dkt. No. 55). For the avoidance of doubt, however, the Court designates the Second TAC as the proposed amended pleading for the purposes of the Motion.

By **October 15, 2026**, Defendants Taurus Technologies Electric, Inc., Stefan Magnusson, and Marta Magnusson shall file their opposition to the Motion. By **October 23, 2026**, Mr. Chalfin shall file his reply, if any.

Dated: New York, New York
October 2, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**